U.S. DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

CHRISTOPHER TOTH,

     Plaintiff,

v.                                                                        Civil Action No.: 2:16-CV-9793
                                                                                    Honorable Thomas E. Johnston

A&R LOGISTICS, INC.
A Kentucky corporation,

     Defendant.

**CERTIFICATE OF SERVICE**

     The undersigned, counsel for Plaintiff Christopher Toth, hereby certifies that on this 16th day of December, 2016, a copy of the foregoing **PLAINTIFF'S RULE 26(a)(1) DISCLOSURES** was electronically filed with the Clerk of the court using the CM/ECF system, which will send notification of such filing to the below CM/ECF participants.

E. Taylor George, Esquire
John L. MacCorkle, Esquire
MacCorkle Lavender, PLLC
300 Summers St, Suite 800
P.O. Box 3283
Charleston, WV 25332
304-344-5600 (phone)
304-344-8141 (fax)
tgeorge@mlclaw.com
jmaccorkle@mlclaw.com

                                                                                         s/ D. Blake Carter, Jr.
                                                                                      D. Blake Carter, Jr. (WV State Bar No. 9970)