IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

**CHRISTOPHER TOTH,**
      **Plaintiff,**

v.                                                          Civil Action No. 2:16-CV-9793
                                                            (Judge Johnston)
**A&R LOGISTICS, INC. d/b/a**
**A&R TRANSPORT, INC.,**
      **Defendant.**

### AMENDED JOINT
### MOTION TO EXTEND DISCOVERY DEADLINE AND STIPULATION

**COMES NOW** the Plaintiff, Christopher Toth, by counsel D. Blake Carter, Jr. of Bailey, Javins & Carter, LC., and Stephen P. New and Amanda J. Taylor of the Law Office of Stephen P. New; and Defendant A&R Logistics, Inc., d/b/a A&R Transport, Inc., by counsel, John L. MacCorkle, E. Taylor George, and MacCorkle Lavender PLLC, with this Amended Motion to Extend Discovery and Stipulation.  The parties jointly move this Court to vacate the current Scheduling Order in its entirety and enter an order which reflects this agreement, stated as follows, assuming this Court consents:

1.      The remaining items in the current scheduling order will be vacated, the last date for depositions will be extended to September 30, 2017, and the Court will enter a new scheduling order which resets all remaining deadlines (i.e., dispositive motions, trial date, etc.), extended each approximately thirty (30) days, to the pleasure of the Court.

2.      Additional depositions in the extension period shall only be allowed to the following witnesses (unless Plaintiff discloses a rebuttal expert(s), in which case, the

extension shall also apply).  The following depositions will take place at the times and locations noted below, unless the parties agree otherwise:

    A.    The deposition of Elizabeth Davis will be conducted on September 7, 2017, at 10 a.m., in or about Bluefield, West Virginia.

    B.    The deposition of John Wiechel will be conducted on September 12, 2017, at 10 a.m., at his office in Columbus, Ohio.

    C.    The deposition of Daniel Baierl will be conducted on September 13, 2017, at 10 a.m., at a location to be determined in Irwin, Pennsylvania.

    D.    The deposition of Dr. Marsha Bailey will be conducted on September 26, 2017, at 3 p.m., at her offices in Teays Valley, West Virginia.

ACCORDINGLY, the parties respectfully request that this Court enter an order reflecting the agreement for the entry of a new scheduling order and for the depositions to be conducted, in conformity with the dates and other details recited herein, and for such other relief as this Court finds proper.

                                      **A&R LOGISTICS, INC. d/b/a**
                                      **A&R TRANSPORT, INC.,**
                                      **By Counsel**

*/s/John L. MacCorkle*
John L. MacCorkle (WV State Bar #2286)
E. Taylor George (WV State Bar #8892)
MacCorkle Lavender PLLC
300 Summers Street, Suite 800
Post Office Box 3283
Charleston, WV 25332.3283
(304) 344-5600
(304) 344-8141 (Fax)
*Counsel for Defendant*

**CHRISTOPHER TOTH,**
**By counsel**

  /s/Stephen P. New
Stephen P. New (WV State Bar #7756)
Amanda J. Taylor (WV State Bar #11635)
Law Office of Stephen P. New
114 Main Street
Beckley, WV  25801
(304) 250-6017
(304 250-6012 (Fax)
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### Charleston Division

**CHRISTOPHER TOTH,**

      **Plaintiff,**

**v.**                                  **Civil Action No. 2:16-CV-9793**

**A&R LOGISTICS, INC. d/b/a**
**A&R TRANSPORT, INC.**
**,**

      **Defendant.**

## CERTIFICATE OF SERVICE

I, E. Taylor George, counsel for Defendant, A&R Logistics, Inc., d/b/a A&R Transport, Inc., do hereby certify that on August 17, 2017, I served a true and correct copy of the foregoing "**AMENDED MOTION TO EXTEND DISCOVERY DEADLINE AND STIPULATION**" upon all counsel/parties of record, via the Court's ECF system or by depositing the same in the regular United States mail, postage prepaid, sealed in an envelope, and addressed as follows:

Stephen P. New and Amanda J. Taylor      D. Blake Carter
P.O. Box 5516                                         213 Hale Street
Beckley, West Virginia 25801                  Charleston, West Virginia 25301
*Attorneys for Plaintiff*

                                                            */s/E. Taylor George*
                                                            John L. MacCorkle (WV State Bar #2286)
                                                            E. Taylor George (WV State Bar #8892)
                                                            MacCorkle Lavender PLLC
                                                            300 Summers Street, Suite 800
                                                            Post Office Box 3283
                                                           Charleston, WV 25332.3283
                                                           (304) 344-5600
                                                           (304) 344-8141 (Fax)