# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

CHRISTOPHER TOTH,

        Plaintiff,

v.                                  CIVIL ACTION NO.  2:16-cv-09793

A&R LOGISTICS, INC.,

        Defendant.

## DISMISSAL ORDER

Preceding a pretrial conference to be held by this Court on June 14, 2018, the above-styled civil action was compromised and settled.  Therefore, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                              ENTER:      June 14, 2018

_____
THOMAS E. JOHNSTON, CHIEF JUDGE